

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-25-00110-CV

Eugene **MARCK**,
Appellant

v.

Allison Mckenna **RICHARD**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI11805
Honorable John D. Gabriel, Jr., Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
                Lori I. Valenzuela, Justice
                Lori Massey Brissette, Justice

Delivered and Filed: March 26, 2025

DISMISSED

Appellant has filed a motion to dismiss this appeal stating the trial court granted the appellant's motion for new trial after he filed his notice of appeal. We grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM